# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0319
LT Case No. 2023-CT-002786-A

———————————————

MICHAEL WALTER SPINNER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the County Court for Duval County.
Kristen Stephens Brady, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville. for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend,
Assistant Attorney General, Tallahassee, for Appellee.

March 7, 2025

PER CURIAM.

    We affirm in all respects except as to the arguments raised
regarding the alleged sentencing errors, which we dismiss as moot
in light of the amended judgment and sentence.

    AFFIRMED in part; and DISMISSED as MOOT in part.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____